CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

December 02, 2024

LAURA A. AUSTIN, CLERK
BY: s/B. McAbee
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CRYSTAL SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-00025 |
| | ) | |
| v. | ) | **JUDGMENT ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | By: Hon. Thomas T. Cullen United States District Judge |
| | ) | |
| Defendant. | ) | |

Having separately ordered the remand of this action for further administrative proceedings under the fourth sentence of 42 U.S.C. § 405(g), it is hereby **ORDERED** that final judgment of this Court is entered in favor of Plaintiff Crystal Smith. *See* Fed. R. Civ. P. 58.

The Clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 2nd day of December, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE